UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**HOMECARE RX, INC.,**

    Plaintiff,                             Case No. 2:23-cv-2625

    v.                                     Judge Michael H. Watson

**April Kaser, *et al.*,**                 Magistrate Judge Vascura

    Defendants.

## ORDER FOR DEFAULT JUDGMENT

HOMECARE RX, INC. ("Plaintiff") filed this action on August 17, 2023, alleging claims for unjust enrichment, promissory estoppel, quantum meruit, and intentional interference with prospective economic advantage. *See generally*, Compl., ECF No. 1. After April Kaser and Eric Stone (collectively, "Defendants") failed to plead or otherwise defend as required by law, the Clerk entered default against Defendants on November 13, 2023. Entry of Default, ECF No. 13. Now, Plaintiff moves for default judgment. Mot., ECF No. 14. The time for responding has passed, and nothing has been filed on Defendants' behalf.

The Court has considered the Complaint, the motion for default judgment, and all attachments to the same. The Court finds Plaintiff is entitled to default judgment. The exhibits attached to Plaintiff's motion for default judgment sufficiently prove the amount of damages.

The Court therefore **GRANTS** default judgment to Plaintiff and against Defendant, jointly and severally, as to liability and awards Plaintiff $117,223.51, which represents:

| | |
|---|---|
| Restitution:[1] | $103,937.70 |
| Attorney's Fees: | $12,382.30 |
| Costs: | $903.51 |
| **Total:** | **$117,223.51** |

Plaintiff, in passing, requests a permanent injunction. Mot. 5, ECF No. 14. However, Plaintiff provides no details about what conduct should be enjoined or any analysis of why an injunction is appropriate. Accordingly, to the extent Plaintiff truly seeks an injunction, that request is denied without prejudice.

The Clerk is **DIRECTED** to enter judgment for Plaintiff and close the case.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The remedy for all of Plaintiff's claims is the payment of the money Defendants owe Plaintiff. Because a plaintiff may not recover multiple times for the same injury, the Court orders a remedy—restitution—as to the unjust enrichment claim only.